UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, #22306 | ) ) ) | |
| Plaintiff, | ) ) | 3:10-cv-00024-LRH-RAM |
| vs. | ) ) | **ORDER** |
| CALVIN PECK, *et al.*, | ) ) | |
| Defendants. | ) | |

This is a prisoner civil rights action. Plaintiff is incarcerated at Ely State Prison ("ESP") and has sued correctional officer Calvin Peck. Plaintiff alleges that defendant imposed disciplinary sanctions against plaintiff in retaliation for plaintiff filing suit in *Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC.

Plaintiff's allegations in this action directly relate to his claims in *Wiideman v. McDaniel*, which has already been consolidated pursuant to Fed. R. Civ. P. 42 with three other actions filed by plaintiff. (*See Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC, docket #9). In fact, in the instant case, plaintiff has filed a "motion to join case with *Wiideman v. Homan*, et al., 3:10-cv-00496-LRH-RAM" (docket #7), which is yet another action setting forth common questions of law or fact.[1] In all of these actions, plaintiff sets forth various claims that prison personnel have taken some action or refused to

---

[1] Confusingly, in *Wiideman v. Homan, et al.*, in 3:10-cv-00496 ("*Homan II*"), plaintiff indicates that he will seek to consolidate that matter with *Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC. (*See Homan II,* 3:10-cv-00496-LRH-RAM, docket #1-2).

take some action related to plaintiff's mail and his litigation arising from such allegations.

Accordingly, this action is dismissed. Plaintiff may, if he chooses, seek to amend his complaint in *Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC to include all of his claims related to this alleged mail room dispute. Plaintiff is cautioned that any further separate actions he attempts to file alleging any related claims will be dismissed.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and **FILE** the complaint (docket #1-2).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that plaintiff's motions for screening and scheduling order (dockets #6 and #7) are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in WIIDEMAN V. MCDANIEL, ET AL., 3:09-cv-00650-LRH-VPC.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 15th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE