AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

RANDAL N. WIIDEMAN,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00024-LRH-RAM**

CALVIN PECK, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

  September 17, 2010                    **LANCE S. WILSON**
                                                  Clerk

                                               /s/ Katie Lynn Ogden
                                                  Deputy Clerk